Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone:   (510) 808-2000
Facsimile:   (510) 444-1108

Attorneys for Defendant
CITY OF UNION CITY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE PAIGE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT; CITY OF UNION CITY; VERNON EDDINS, SR., and DOES 1 to 50,<br><br>　　　　　Defendants. | Case No: C09-00687 PJH<br><br>**ADDENDUM TO STIPULATED PROTECTIVE ORDER** |

WHEREAS the STIPULATED PROTECTIVE ORDER on file in this matter encompassed solely those documents in the possession, custody or control of the City of Union City Police Department concerning or related to the shooting of Vernon Eddins, Jr. on December 21, 2007;

WHEREAS through the course of discovery, it has been learned that other confidential and protected documents and/or confidential and protected information within documents within the possession, custody or control of the City of Union City Police Department may be reasonably calculated to lead to the discovery of admissible evidence, it is the intent of the parties to extend the STIPULATED PROTECTIVE ORDER on file to these other confidential and protected documents and confidential and protected information.

WHEREFORE, all parties agree that all additional documents released by the City of Union City that bear the term, "Confidential and Protected Document" shall be subject to <u>all of the terms and conditions outlined in the STIPULATED PROTECTIVE ORDER</u>, which was executed by all parties and is on file in this case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 9/30/09

_____
Attorney for Plaintiff Angelique Paige

DATED: September 30, 2009

/S/ Joseph A. Whitecavage
Attorney for Defendant New Haven Unified School District

DATED: September 30, 2009

/S/ Tricia L. Hynes
Attorney for Defendant Union City

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/15/09

Phyllis J. Hamilton
United States District

IT IS SO ORDERED
Judge Phyllis J. Hamilton

1237135_1.DOC

## EXHIBIT A

### ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on [ date] in the case of _____ [insert formal name of the case and the number and initials assigned to it by the court). I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____

1298373.1