UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELIQUE PAIGE, et al.,

        Plaintiff(s),

    v.

NEW HAVEN UNIFIED SCHOOL DISTRICT, et al.,

        Defendant(s).
_____/

No. C 09-0687 PJH

**ADR REFERRAL**

    This matter is referred to ADR for a hybrid ENE/mediation session, to be customized by the ADR Office, to be completed within 90 days.

**IT IS SO ORDERED.**

Dated: February 12, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: ADR