UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELIQUE PAIGE,

    Plaintiff(s),

    v.

NEW HAVEN UNIFIED SCHOOL DISTRICT, et al.,

    Defendant(s).

_____/

No. C 09-0687 PJH

**SCHEDULING ORDER**

Before the court is the stipulation and proposed order of the parties in which they seek an enlargement of all pretrial dates by 90 days. The parties have submitted this stipulation notwithstanding the notice to them in the case management and pretrial order that the court does not permit the modification of the pretrial schedule by simple stipulation. In view of the complexity of the litigation due to the related cases and the need for coordination, the court construes the stipulation as a joint administrative motion and GRANTS the relief requested. The court cannot, however, accommodate a trial date that is 90 days from the currently scheduled trial date, and instead schedules it for the next available date. The parties are further advised that they have traded in a first place position on the court's trial calendar for a second place position, and if both matters proceed to trial, this case will trail the other civil case, and of course, all civil cases trail any criminal trial that might be scheduled.

The new dates are as follows:

Trial:            February 28, 2011, 8 days

Pretrial Conference:        February 3, 2011

Dispositive motions hearing date: October 27, 2010

| | |
|---|---|
| Fact discovery cutoff date: | September 15, 2010 |
| Disclosure of experts: | November 24, 2010 |
| Expert discovery cutoff date: | January 7, 2011 |

**IT IS SO ORDERED.**

Dated: April 7, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge