Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone:   (510) 808-2000
Facsimile:    (510) 444-1108

Attorneys for Defendant
CITY OF UNION CITY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE PAIGE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT; CITY OF UNION CITY; VERNON EDDINS, SR., and DOES 1 to 50,<br><br>　　　　　Defendants. | Case No: C09-00687 PJH<br>[Related to Case No. C09-02723 PJH]<br><br>**PARTIES' ADMINISTRATIVE REQUEST FOR REFERRAL TO MAGISTRATE JUDGE SPERO FOR DISCOVERY PURPOSES**<br><br>Complaint filed: December 22, 2008<br>Trial Date:　　October 18, 2010 |

1. WHEREAS the parties are encountering numerous discovery related issues and disputes, including the scope of permissible discovery and the proceeding of certain depositions;

WHEREAS these discovery issues are exacerbated by a related matter, *Alvette Fobbs, et al. v. Union City*, U.S. District Court, Northern District Action No. C09-02723 PJH, as well as another related matter, *Alvette Fobbs, et al. v. New Haven Unified School District*, U.S. District Court, Northern District Action No. C10-01065 PJH. Co-defense counsel intend on seeking a protective order directing all counsel in all three cases to coordinate the depositions of those witnesses who have information pertinent to all three Actions.

WHEREAS, the parties in related matter *Fobbs*, Action No. C09-02723 PJH, have been assigned to Magistrate Judge Spero for all discovery issues, and have a current discovery conference with Judge Spero on April 15, 2010.

WHEREAS, the parties in the instant action are running up against discovery cut-off deadlines of May 3, 2010, as well as other pretrial deadlines. Accordingly, expedience is necessary and is the reason why the parties are taking the extraordinary step of seeking a referral to a Discovery Magistrate through a stipulation rather than by way of a noticed motion.

WHEREFORE, the parties hereby stipulate to a referral of this case to Discovery Magistrate Spero for the purposes of resolving the issues around the scheduling of coordinated depositions in the two cases. The parties respectfully request Magistrate Judge Spero, as he is the Magistrate Judge currently assigned to referee discovery in related matter *Fobbs*, Action No. C09-02723 PJH.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 6, 2010  
Attorney for Plaintiff Angelique Paige

DATED: April 6, 2010  
Attorney for Defendant New Haven Unified School District

DATED: April 6, 2010  
Attorney for Defendant Union City

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   DATED:   4/8/10



Phyllis J. Hamilton

7   1403850.1