UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

PAIGE,
        Plaintiff,

   v.

NEW HAVEN UNIFIED SCHOOL DISTRICT, et al.,
        Defendants.
_____/

No. C 09-687 PJH ENE

**ORDER APPROVING TELEPHONIC APPEARANCE AT ENE BY DEFENDANT NEW HAVEN UNIFIED SCHOOL DISTRICT'S INSURANCE CLAIMS REPRESENTATIVE**

Date:       April 28, 2010
Neutral Evaluator: Steven Saltiel

    IT IS HEREBY ORDERED that Deborah Kennedy, the claims representative for Zurich North America, defendant New Haven Unified School District's carrier, is excused from personally appearing at the April 28, 2010, ENE session before Steven Saltiel. Ms. Kennedy shall be available to participate by telephone during the ENE, pursuant to ADR Local Rule 5-10. In the event a further ENE session(s) is convened, Ms. Kennedy shall be required to personally attend the ENE session unless a further request for attendance by telephone is requested and granted.

    IT IS SO ORDERED.

April 20, 2010        By: _____
Dated                                  Elizabeth D. Laporte
                                                   United States Magistrate Judge