United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVETT FOBBS, ET AL., | Case No. 09-02723 (PJH) JCS |
| Plaintiff(s), | |
| v. | **ORDER RE: JOINT REQUEST FOR ORDER COORDINATING DEPOSITIONS AMONG THREE RELATED ACTIONS [Docket Nos. 28, 57, and 100]** |
| NEW HAVEN UNIFIED SCHOOL DISTRICT, ET AL., | |
| Defendant(s). | |

RELATED ACTIONS:

| | |
|---|---|
| ANGELIQUE PAIGE, ET AL., | Case No. C09-0687 PJH (JCS) |
| Plaintiff(s), | |
| v. | |
| NEW HAVEN UNIFIED SCHOOL DISTRICT, ET AL., | |
| Defendant(s). | |

| | |
|---|---|
| ALVETT FOBBS, ET AL., | Case No. C10-1065 PJH (JCS) |
| Plaintiff(s), | |
| v. | |
| NEW HAVEN UNIFIED SCHOOL DISTRICT, ET AL., | |
| Defendant(s). | |

The Court has previously scheduled a further discovery conference for **June 4, 2010, at 9:30 a.m.** Counsel for all parties in all three (3) cases are ordered to attend, in person.

The Court intends to order the parties to meet and confer at the conference regarding the Joint Request for Order Coordinating Depositions Among the Three Related Actions (the "Joint Request"). Counsel shall come fully prepared to reach an agreement regarding the Joint Request.

IT IS SO ORDERED.

Dated: May 28, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California