United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVETT FOBBS, ET AL., | Case No. C09-2723 (PJH) JCS |
| Plaintiff(s), | |
| v. | **DISCOVERY ORDER NO. 4** |
| NEW HAVEN UNIFIED SCHOOL DISTRICT, ET AL., | |
| Defendant(s). | |

RELATED ACTIONS:

| | |
|---|---|
| ANGELIQUE PAIGE, ET AL., | Case No. C09-0687 PJH (JCS) |
| Plaintiff(s), | |
| v. | |
| NEW HAVEN UNIFIED SCHOOL DISTRICT, ET AL., | |
| Defendant(s). | |

| | |
|---|---|
| ALVETT FOBBS, ET AL., | Case No. C10-1065 PJH (JCS) |
| Plaintiff(s), | |
| v. | |
| NEW HAVEN UNIFIED SCHOOL DISTRICT, ET AL., | |
| Defendant(s). | |

On July 13, 2010, the parties submitted a Joint Discovery Letter. The Court held a hearing on July 15, 2010, and all parties appeared through counsel. For the reasons stated on the record and good cause appearing it is hereby ORDERED:

1. With respect to the remaining witnesses to be provided by Defendant Union City in Fobbs I pursuant to plaintiffs' notice of deposition under Rule 30(b)(6), the parties should follow the usual rule that each witness may be deposed only for a total of seven (7) hours. Pursuant to this notice, the deposition of Lopez-Vaughan will continue on July 19, 2010 and the deposition of Finnerty will be taken on July 16, 2010.

2. Plaintiffs' motion to compel answers to questions asked of witness Derting is GRANTED. Plaintiffs motion to compel answers to questions asked of witness Musgrove is GRANTED as to Topics 4 and 5, and DENIED as to topics 9, 10 and 11.

3. No counsel or party may disrupt any deposition.

4. The deposition of Mr. Moore shall take place as soon as possible, but if no other date is feasible the deposition shall take place on July 30, 2010.

IT IS SO ORDERED.

Dated: July 16, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge