UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELIQUE PAIGE,

    Plaintiff,

    v.

NEW HAVEN UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.
_____/

No. C 09-0687 PJH

**ORDER RE ADMINISTRATIVE MOTION TO CONTINUE SUMMARY JUDGMENT HEARING DATE**

    The court is in receipt of plaintiff's administrative motion to continue the hearing date for the pending summary judgment motions filed by defendants, as well as defendants' oppositions thereto. Plaintiff asserts that a continuance must be granted in view of the "extensive work" involved in preparing two oppositions to motions for summary judgment, and the fact that plaintiff's counsels' offices are leanly staffed, with no assistance provided by paralegals or associates.

    As a general matter, plaintiff has failed to establish good cause for her request. Any contrary finding would essentially allow routine workload and workforce concerns to always be grounds for a summary continuance. Nonetheless, and in view of the fact that plaintiff must oppose two separate motions, the court is somewhat sympathetic to plaintiff's plea. Accordingly, the court will GRANT plaintiff a two week extension of time in which to serve her opposition briefs to the motions. Plaintiff's opposition briefs shall now be due no later than October 20, 2010. Defendants' reply briefs shall be due no later than October 27, 2010. The hearing on defendants' motions is continued to November 10, 2010.

**IT IS SO ORDERED.**
Dated: September 30, 2010

                                        _____
                                        PHYLLIS J. HAMILTON
                                        United States District Judge