Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
Rachel Wagner (SBN: 127246)
rwagner@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone:  (510) 808-2000
Facsimile:   (510) 444-1108

Attorneys for Defendant
CITY OF UNION CITY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE PAIGE,<br><br>    Plaintiff,<br><br>v.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT; CITY OF UNION CITY; VERNON EDDINS, SR., and DOES 1 to 50,<br><br>    Defendants. | Case No: C09-00687 PJH (JCS)<br>[Related to Case No. C09-02723 PJH (JCS) and Case No. C10-01065-PJH(JCS)]<br><br><br><br>Complaint filed: December 22, 2008<br>Trial Date:      February 28, 2011 |

WHEREAS the parties are currently awaiting an Order on the City's and the School District's summary judgment motions;

WHEREAS all fact discovery has been completed, and expert discovery is due to commence, with the exchanging of reports, on Wednesday, November 24, 2010.

WHEREAS, expert discovery is currently set to run until Friday, January 7, 2011.

WHEREAS, the parties wish to forego the expense of expert discovery until receiving a ruling on the defendants' summary judgment motions.

WHEREFORE, the parties hereby stipulate to a continuance of the currently set expert discovery disclosure date of Wednesday, November 24, 2010 and the expert discovery cut-off date of

1  Friday, January 7, 2011. The parties respectfully request that the date for the exchange of expert
2  reports be continued out four weeks until Wednesday, December 22, 2010, and that expert discovery
3  cut-off be extended until Friday, February 4, 2011.
4        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6
7  DATED: _____  
                                                  /S/ Arnold Woods  
                                          Attorney for Plaintiff Angelique Paige

10  DATED: _____  
                                                  /S/ Joseph Whitecavage  
                                          Attorney for Defendant New Haven  
                                          Unified School District

14  DATED: _____  
                                                  /S/ Tricia Hynes  
                                          Attorney for Defendant Union City

16        PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  DATED:  11/30/2010  
                                                  Phyllis J. Hamilton  
                                                  United States District Judge

23  1552665.1