WILLIAM DENKERS, S.B. #60958
ARNOLD M. WOODS, S.B. #183638
456 San Mateo Avenue, Suite 2
San Bruno, CA  94066
Telephone: (650) 871-5037
Facsimile: (650) 871-5063

JOHN H. RUSSELL, S.B. #52761
580 California Street, Suite 1633
San Francisco, CA  94104
Telephone:  (415) 394-1098

Attorneys for Plaintiff ANGELIQUE PAIGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORIA

| ANGELIQUE PAIGE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT; CITY OF UNION CITY; VERNON EDDINS, SR., DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: C09-00687 PJH<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF PRETRIAL CONFERENCE AND/OR PRETRIAL CONFERENCE DEADLINES** |
|---|---|

　　　　The Parties, by and through their respective attorneys, hereby stipulate to the following request for an order changing time of the pretrial conference and/or pretrial conference deadlines:

　　　　1.　　　The Pretrial Conference in this matter is currently set for Thursday, February 3, 2011 at 2:30 p.m.

1

2. Per this Court's Pretrial Instructions, a joint pretrial statement, joint voir dire instructions, joint jury instructions, trial briefs, motions in limine, deposition excerpts, witness lists, exhibit lists, exhibit binders, proposed findings of fact and conclusions of law, and proposed verdict forms are all due to be filed by Thursday, January 6, 2011.

3. This Court made its decision on the motions for summary judgment on Thursday, December 23, 2010. That decision necessarily impacted everything the parties had to do to prepare the documents that are due on Thursday, January 6, 2011. In effect, the parties had two weeks to prepare all those documents.

4. Two weeks is an inadequate amount of time to prepare all the documents due to be filed on Thursday, January 6, 2011. The parties are working diligently on getting these documents prepared, but have realized that they do not have sufficient time to adequately prepare said documents so as to benefit the Court and the parties at the pretrial conference. The parties' progress on preparing these documents has been hampered by the holiday season in which all counsel had family plans and the illness of Plaintiff's counsel, Arnold M. Woods, who was not able to be at work much of the week before and after Christmas because of a flu virus and bacterial infection.

5. As such, the parties jointly request that the pretrial conference be continued for two weeks, to February 17, 2011, which would thereby continue the pretrial conference deadlines by two weeks to January 20, 2011.

6. This requested time modification would result in a pretrial conference occurring 11 days before the scheduled trial date. The parties do not believe it would impact the trial itself.

7. Alternatively, if the Court desires to keep the current pretrial conference date, the parties would jointly request that the pretrial conference deadlines be continued for two weeks to January 20, 2011.

8. This requested time modification would result in the Court having 14 days to review the pretrial documents in advance of the pretrial conference. The parties do not believe it would impact the trial in the matter.

9. Previously, the parties to this case sought and received an extension of scheduling deadlines because of related cases and a requirement to coordinate discovery in the cases. Plaintiff also sought and received a continuance of the summary judgment hearing and deadlines because she was faced with responding to two summary judgment motions at the same time. As the parties were awaiting the Court's ruling on the summary judgment motions, they sought and received an extension of time of the expert disclosures and discovery, so that the parties could obtain the summary judgment ruling before incurring expert costs.

10. The parties originally made this request via a stipulated administrative motion on Thursday, December 30, 2010, but were informed that the request should be made pursuant to a stipulated request to change time and are so doing.

Dated this 5th day of January 2011.

       /s/  ARNOLD M. WOODS  
WILLIAM DENKERS  
ARNOLD M. WOODS  
JOHN H. RUSSELL  
Attorneys for PLAINTIFF ANGELIQUE PAIGE

1  Dated this 5th day of January 2011.       LeCLAIR RYAN

          /s/ JOSEPH A. WHITECAVAGE
          JOSEPH A. WHITE CAVAGE
          Attorneys for Defendant New Haven Unified
          School District

**ORDER**

PURSUANT TO THE STIPULATED REQUEST OF THE PARTIES, IT IS SO ORDERED.  The Court makes the following changes regarding the pretrial conference and the pretrial conference deadlines:

1.   Pretrial Conference to be held:  __February 17_____, 2011.

2.   Deadline for parties to file all documents required to be filed in advance of the Pretrial Conference pursuant to this Court's Pretrial Instructions:  __January 20_____, 2011

Dated: _January 6____, 2011

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Phyllis J. Hamilton]

4

**Stipulated Request to Change Time**
**Case No. C09-00687 PJH**