UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELIQUE PAIGE,

        Plaintiff(s),                          No. C 09-0687 PJH

   v.                                   **ORDER OF DISMISSAL**

NEW HAVEN UNIFIED SCHOOL DISTRICT, et al.,

        Defendant(s).

_____/

It appearing from the docket that defendant **Vernon Eddins, Sr**., was never served, and in view of the fact that this matter is fully determined as to all parties having been served, the complaint against Vernon Eddins, Sr., is dismissed without prejudice.

IT IS SO ORDERED.

Dated: February 17, 2011

                                              PHYLLIS J. HAMILTON
                                              United States District Judge