UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELIQUE PAIGE,

        Plaintiff(s),                        No. C 09-0687 PJH

    v.                                     **ORDER OF DISMISSAL**

NEW HAVEN UNIFIED SCHOOL DISTRICT, et al.,

        Defendant(s).

_____/

    Plaintiff **Angelique Paige** and defendant **New Haven Unified School District**, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within thirty (30) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    If no certification is filed, after passage of thirty (30) days, the dismissal shall be **with** prejudice.

    The February 17, 2011 and February 28, 2011 dates for pretrial and trial are VACATED.

    IT IS SO ORDERED.

Dated: February 17, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge